PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE ___EASTERN___ DISTRICT OF TEXAS
### ___LUFKIN___ DIVISION

SHAWN ADAMS # 799067
_____
Plaintiff's Name and ID Number

POLUNSKY UNIT-TDCJ-ID
_____
Place of Confinement

CASE NO._____
(Clerk will assign the number)

*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF TEXAS*
*FEB 28 2019*
*BY DEPUTY*

9:19cv29

V.
SONJA WALLACE CO V- Individually and Offically
CHRISTOPHER A. TIMMERMAN CO V- Individually and Offically
TDCJ-ID Polunsky Unit 3872 FM 350 South Livingston, TX 77351
Defendant's Name and Address
TERESA JEFFERSON- Asst Warden- Individually and Offically
TRACI MAYS-CO V- Property Officer- Individually and Offically
TDCJ-ID Polunsky Unit 3872 FM 350 South Livingston, TX 77351
Defendant's Name and Address
TODD HARRIS  Warden- Individually and Offically
ASHLEY STEPHESON- Grievance Officer- Individually and Offically
TDCJ-ID Polunsky Unit 3872 FM 350 South Livingston, TX 77351
Defendant's Name and Address
( DO NOT USE "ET AL.")

_____

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES _X_ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Cause number:_____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition:_____

II.    PLACE OF PRESENT CONFINEMENT: TDCJ-ID-Polunsky Unit 3872 Fm 350 South Livingston, TX 77351

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?        X YES    ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: SHAWN ADAMS # 799067

   Polunsky Unit- 3872 FM 350 South Livingston, TX 77351

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: SONJA WALLACE, CO V, Individually and Offically and acting under the color of
state law-TDCJ-ID- Polunsky Unit 3872 FM 350 South Livingston, TX 77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

During bi-annual unit shakedown- confiscated my radio without due process.

Defendant #2: CHRISTOPHER A. TIMMERMAN CO V- Individually and Offically and acting under
the color of state law- Polunsky Unit 3872 FM 350 South Livingston, TX 77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

During bi-annual unit shakedown caused my radio to be confiscated without due process.

Defendant #3: TERESA JEFFERSON-Asst Warden- Individually and Offically acting under the
color of state law- Polunsky Unit 3872 FM 350 South Livingston, TX 77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Failed to properly invetigate and resolve my grievances resulting in my radio being destroyed without due
process.

Defendant #4: TRACI MAYS CO V- Property Officer-Individually and Offically and acting under the
color of state law- Polunsky Unit 3872 FM 350 South Livingston, TX 77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

In agreement and participation with the other defendants, destroyed my radio without due process.

Defendant #5: TODD HARRIS Asst Warden- Individually and Offically and acting under the color
of state law- Polunsky Unit 3872 FM 350 South Livingston, TX 77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

After being informed of my complaint failed to ensure all policy was followed resulting in my radio being
destroyed without due process.

Defendant #6: ASHLEY STEPHENSON, Grievance Officer- Individually and Offically acting under the
color of state law- Polunsky Unit 3872 FM 350 South Livingston, TX 77351

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Acting individually and in agreement with the other defendants refused and failed to properly process my
grievances, resulting in my radio being destroyed without due process.

3

V.     STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how <u>each</u> defendant is involved.  <u>You need not give any legal arguments or cite any cases or statutes</u>.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

See Attached Pages

VI.    RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

A declaration that the defendants acts and ommissions violated my constitutional rights; replace my radio or compensate the $20 purchase price and $2 per day for each day I was deprived of the use and enjoyment of my radio; $250 punitive damage per defendant, my costs of this suit, and any other relief entitled.

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

SHAWN ADAMS (Aliases); BAVARAIN PHENIQUES ADAMS (Birth Name)

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#799067, #552985

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?     ____YES _x_ NO

B. If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division):_____

2.  Case number:_____

3.  Approximate date sanctions were imposed:_____

4.  Have the sanctions been lifted or otherwise satisfied?                         ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed?         _____YES  X  NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division):_____

    2. Case number:_____

    3. Approximate date warning was issued:_____

```
                                    SHAWN ADAMS # 799067
                                        Polunsky Unit
                            3872 FM 350 South Livingston, TX 77351
```

Executed on: X 2-21-19
           DATE

*Shawn Adams*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  X    21           day of  X  Feb          , 20 X 19  .
        (Day)               (month)            (year)

```
                                    SHAWN ADAMS #799067
                                        Polunsky Unit
                            3872 FM 350 South Livingston, TX 77351
```

X *Shawn Adams*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

## STATEMENT OF CLAIM

1. On 4-23-18, in the 19 building gym during the bi-annual unit shakedown, officer Timmerman and officer Wallace were shaking down my property and told me that I needed to place all of my property, including legal work, in the sizing bin. This has not been the past practice for legal work; in which I attempted to explain to officer Timmerman and he replied, "I don't care! put your legal work in the bin or lose it." Officer Wallace then asked officer Timmerman, "Is this one being mouthy?" Officer Timmerman replied, "Yes" and officer Wallace said, "In that case this radio looks like contraband to me so why don't we confiscate it and see how he likes doing the rest of lockdown without it?" Officer Timmerman replied, "That sounds good to me."

2. Neither officer Wallace nor officer Timmerman provided me with confiscation papers or disciplinary case for possession of contraband, dangerous or otherwise for my radio. Officer Wallace and officer Timmerman confiscated bundles of legal work and a pair of Rhino boots, for which they provided me with confiscation papers.

3. Petitioner contends that he has owned and possessed this radio for approximately twenty years; has gone through, at least, forty shakedowns with this radio; this radio was not alterred in any way. This radio was not contraband and there was no legitimate reason for officer Wallace or officer Timmerman to confiscate this radio.

4. On 4-25-18, Petitioner filed a step 1 grievance #2018130151 (exhibit A) attached, addressing this issue. Also see (exhibit B)

letter to warden Jefferson; by which I personally handing this grievance to Ms. Allen-Grievance Dept., while she was picking up grievances from the dorms during lockdown. Petitioner also sent Defendant Mays an I-60 requesting back the return of property (exhibit E). This grievance was assigned to A. Stephenson for processing.

5. On 5-7-18, Petitioner received grievance #2018130151 (exhibit A) back as improperly submitted as having been received on 5-3-18 and in excess of the one grievance every seven day policy. Apparently, this grievance was held for eight days before being date stamped received. It is signed by defendant A. Stephenson-Grievance officer.

6. Because proper grievance procedures were not being followed, Petitioner wrote Assistant Warden Teresa Jefferson a formal complaint letter (exhibit D) requesting that she view video footage of me handing grievances to Ms. Allen, investigate and address this issue presented.

7. Petitioner also submitted grievance #2018130151.

8. To the best of Petitioner's recollection, on or about 5-24-18 Petitioner was given a lay-in to report to the property office. When Petitioner arrived at the property office, Property officer Mays returned to Petitioner all sixteen bundles of legal work and Rhino boots that had been confiscated by officer Wallace and officer Timmerman on 4-23-18. When Petitioner inquired about the return of his radio that had been confiscated at the same time, Property officer Mays replied, "You are not here for that" and would not provide further explanation.

9.   On 6-14-18, Petitioner received back grievance #2018127446 (exhibit B) which answer in part: "Your grievance has been referred to unit Adminstration and investigated. It was determined that during bi-annual unit shakedown on April 23, 2018, 16 bundles of legal work that would not fit into sizing bin was confiscated for excessive amount, as well as a radio was confiscated alterred and dangerous. It was determined that your property was properly confiscated and handled in accordance with policy and procedures...For this reason the items will not be returned." This grievance is signed by defendant Jefferson and it is clear that had this grievance been properly investigated, defendant Jefferson would have known that all items confiscated on 4-23-18, except Petitioner's radio had, in fact, been returned.

10.   On 6-18-18, Petitioner received back grievance #2018130151 (exhibit A) which states in pertinent part "Your grievance has been investigated. Property recods reflect the radio in question was confiscated on April 23, 2018, due to extra wiring. This radio was deemed alterred and dangerous contraband, therefore; was properly destroyed in accordance with policy and procedures." This grievance is also signed by defendant Jefferson. petitioner reiterates he was never provided a copy of confiscation papers for his radio, he was not written a disciplinary case for possession of dangerous contraband where he would have been required to offer the radio into evidence and either proven the radio had been alterred or given the petitioner the opportunity to prove that it had not. Petitioner also reiterates that he had possessed this radio for approximately twenty years (see exhibit E,

property papers) it has passed inspection through at least forty-shakedowns and had not been alterred in anyway.

11.   On 6-22-18, Petitioner filed his step 2 grievance (exhibit F) appealing the decision in grievance #2018130151.

12.   After waiting approximately fifty days without a response to the step 2 grievance, on 8-9-18, Petitioner sent an I-60 request to the Polunsky unit grievance office requesting an update status of his step 2 grievance appealing the decision in grievance #2018305151. (I-60 EXHIBIT H)

13.   After waiting approximately another five days with no response from the Polunksy unit frievance office, on 8-14-18, in a final attempt to informally resolve this issue, Petitioner sent defendant Harris a formal complaint letter with copies of step 1 and step 2 grievances (exhibit G), as well as a formal complaint letter with copies of his step 1 and step 2 grievances to the Rsolution Support Manager Offenders Grievance Program in Huntsville. Defendant Harris never responded to Petitioner's complaint.

14.   On 8-22-18, Petitioner received back in the mail, his properly filed step 2 grievance (exhibit F) completely unprocessed and no explanation why it was being retruned to Petitioner unprocessed long after the date a response was required. The only indication of any handling by the grievance office is the July 3, 2018 stamp, which clearly indicates Petitioner's step 2 grievance #2018130151 was timely filed.

15.   On 9-17-18, Petitioner received a response from the Administrative Review and Risk Management Offender Grievance Central

Office, Huntsville, Texas which included the documents forwarded to them by Petitioner on 8-14-18 and stamped received 8-17-18 (exhibit I) which states (This issue was addressed in grievance #2018130151 step 1 was returned to you on 6-18-18. No step 2 filed).

16. Plaintiff contends that all time relevant to this suit, all of the defendants acted under the color of state law and knew or reasonably should have known their actions to violate Plaintiff's well settled constitutional rights. Further; Plaintiff contends that had defendants, at any time within this process, either afforded Plaintiff an opportunity to demonstrate his radio was not contraband and returned it or properly process Plaintiff grievance and replaced his radio after discovering it had been improperly destroyed this matter would be settled. However; defendants refusal forces Plaintiff to seek proper redress by budening this court's time and judicial resources.



**Texas Department of**

Original EXHIBIT A

# STEP 1    GRIEVANCE FORM

OFFICE USE ONLY

| | |
|---|---|
| Grievance #: | 2018130151 |
| Date Received: | MAY 0 9 2018 |
| Date Due: | 6-18-18 |
| Grievance Code: | 512 |
| Investigator ID #: | I1868 |
| Extension Date: | |
| Date Retd to Offender: | JUN 1 8 2018 |

Offender Name: Shawn Adams        TDCJ # 799067

Unit: Polunsky        Housing Assignment: 19-Y-50

Unit where incident occurred: Polunsky

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Lt Newberry        When? 4-23-18        MAY 0 3 2018

What was their response? Encouraged the taking of Property        MAY 0 3 2018

What action was taken? None        MAY 0 3 2018

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 4-23-18, 19 Bldg Gym at approximately 12:35 P.M. in the course of Shaked down Officer Wallace did Knowingly Violated P.D. #22 Employees General Rules of Conduct and the Administrative Directory, with a direct violation of the following; Rule #7: Sub-Standard Duty Performace; Rule#13: Failure to obey posted order from Authority; Rule#15: Theft of Personal Property (TX Penal Code 37.04) Rule#20: Statutory Court order, Rules-Regulation, and Policy; Rule # 23: Mistreatment of offender and also A.D. 03.72 Offenders Property. The fuction of the grievance is to resolve the problem of offenders and a tool for administration to determine whether or not their polic are carried out.        MAY 0 3 2018

On date, location and time above in the process of shaking my proper down did knowingly and intentionally violated the above policies and procedures in order to deprive me of personal property purchased through the commissacy and commit theft of personal property by taking my personal "radio" giving no reason for doing so or providir Prop-08 Form (Disposition of Confiscation of Offenders Property) In accordance with A.D. 03.72. There is nothing indicated within A.D. 03.72 offenders Property that could justify Officer Wallace not providing me with confiscation forms and a avenue to contest or dispose of personal purchase from the commissacy. Being tho I owned this radio for 20 years and been through at least 40 lock downs and shake downstheir couldn't be any thing that woul

---

I-127 Front (Revised 11-2010)        YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM        (OVER

Appendix F

pose a danger to the agency, staff or offenders.

MAY 03 2018

**Action Requested to resolve your Complaint.**
That radio be returned to me and that officer Wallace be made aware
of and adhered to policy in the future.

MAY 03 2018

**Offender Signature:** _Shaun Adams_     **Date:** 4-24-18     MAY 03 2018

**Grievance Response:**

Your grievance has been investigated. Property records reflect the radio in question was confiscated on April 23, 2018, due to extra wiring. The radio was deemed as altered and dangerous contraband; therefore was properly destroyed in accordance with policy and procedure and will not be returned for this reason. No further action deemed warranted by this office.

**Signature Authority:** _Tresea Jefferson_   Jefferson AW   **Date:** 6/18/18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☑ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _A Stephenson_ MAY 03 2018

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

I-127 Back (Revised 11-2010)

OFFICE USE ONLY
Initial Submission     UGI Initials: _AS_
Grievance #: _2018127969_
Screening Criteria Used: _599_
Date Recd from Offender: MAY 03 2018
Date Returned to Offender: MAY 03 2018

2nd Submission     UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

3rd Submission     UGI Initials:_____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F



original

# STEP 1 OFFENDER GRIEVANCE FORM

EXHIBIT B

| | OFFICE USE ONLY |
|---|---|
| Grievance #: | 2018127446 |
| Date Received: | MAY 03 2018 |
| Date Due: | 6-12-18 |
| Grievance Code: | 513 |
| Investigator ID #: | I 868 |
| Extension Date: | 7-22-18 |
| Date Retd to Offender: | JUN 14 2018 |

Offender Name: Shawn Adams   TDCJ# 799067

Unit: Polunsky   Housing Assignment: 19-Y-50

Unit where incident occurred: Polunsky

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Lt New Berry / I-60 to the Maze   When? 4-23-18 / 4-25-18

What was their response? Encourage the taken of HT Jury / Yet to respond

What action was taken? None

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

This grievance is to be held in compliance of all grievance rules policies & procedures. [See Audit Report T.D.C.J. - ID Complaint Resoultion & Investigation Function - Texas State Auditors Office Report No. 09-007] [Sept 08]

On 4-23-18, 19 Blda Gym, at approximately 12:35 P.M. Officer Wallace & Officer Timmerman did knowingly Violated the following P.D #22 & A.D. policies. Rule #7 Substandard Duty Performance; Rule #13 Failure to Obey Posted order from Authority; Rule #20 Statutory Court order, Rules, Regulation & Policies; Rule #23 Mistreatment of offender and also A.D. 03.72 offender Property.

On date, location & time above Officer Wallace & Officer Timmerman told me that I needed to pack my personal property & legal work into a red egg crate or property would be confiscated for being improperly Stored. I attempted to explain to Officers that this wasn't in compliance to A.D. 03.72 offender Property. There are 5 points of error in this action per A.D. 03.72 offender Property. #1. The sizing bin is only mention 2 times within A.D. 03.72, 1st in the defintion section "To enable unit staff to measure Volume of an offender Property contained in a mesh bag prior to Transfer and in section VI. Confiscation of offender Personal Property B. Departure from unit Tranfer b) to be ready for Transfer; #2. IV-Storage Requirement, A. Offen Storage Container/Area "In the event of an emergency Evacuation, offender required to leave their property at the unit. This is not for space provided in the cell/housing area. That would fall under #3. IV 2 A. Which states "The total volume of an offender property must be plac in the closable storage container - in housing area, not red egg crate #4. It states in VI -D. Excessive Amount "Property in excess of the quanit

---

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

Should be indicated on the Prop-01 Form. My property was never compared to a Prop-01 Form #5. My property cannot be considered "Improperly Stored" while in the Gym for Shakedown. It can only be properly Stored or viewed as such in housing/Cell area, nor be considered Excessive Amount Without a Prop-01 Form. When property is deemed excessive per A.D. 03.72 the property officer is to come to cell & View whether it can fit or returned if there is available room. Per A.D. 03.72 : Sizing bin measuring property allowance is strictly to be used for Transfer and Transport.

**Action Requested to resolve your Complaint.**
That property be returned to me & that officers be made aware & adhered to policy & procedure per A.D. 03.72

Offender Signature: _Shawn Adams_                    Date: 5-3-18

**Grievance Response:**

Your grievance has been referred to Unit Administration and investigated. Upon investigation it was determined that during bi-annual unit shakedown, all property items are to be placed in the sizing bins, excluding, one pair of shoes, state issued items, non-combustible items (such as typewriter, radio, fan), items authorized to be stored on the shelf, one picture, one calendar, and maximum of three paper boards or canvases per offender. Legal material is to be placed in the sizing bin, unless additional storage is approved through the Unit Law Library, in which will be in a yellow bag or storage bag (yellow bag/storage box for legal will be kept separate and not included with sizing bin property). Property records reflect on April 23, 2018 16 bundles of legal work that would not fit into the sizing bin was confiscated for excessive amounts, as well as a radio was confiscated for altered and dangerous. It was determined your property was properly confiscated and handled in accordance with policy and procedure. Offenders have seven days to make room for items taken for excessive amounts, which you failed to do. The radio was deemed dangerous. For these reasons the items will not be returned. No staff misconduct or policy violations found. No further action deemed warranted by this office. _Jefferson AW_

Signature Authority: _Tresea Jefferson_     Date: 6.14.18

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**        *Resubmit this form when the corrections are made.

- [ ] 1.  Grievable time period has expired.
- [ ] 2.  Submission in excess of 1 every 7 days. *
- [ ] 3.  Originals not submitted. *
- [ ] 4.  Inappropriate/Excessive attachments. *
- [ ] 5.  No documented attempt at informal resolution. *
- [ ] 6.  No requested relief is stated. *
- [ ] 7.  Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8.  The issue presented is not grievable.
- [ ] 9.  Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.

Medical Signature Authority:_____

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

I-127 Back (Revised 11-2010)                                              Appendix F

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: Ms. Maze (A-Side Property Officer)    DATE: 4-25-18
       (Name and title of official)

ADDRESS: _____

EXHIBIT C

EXHIBIT D

Warden Jefferrson                    10:54 P.M.
                                     5-7-18

I would like to bring to your attention that Officer: Wallace, Officer: Timmerman and the Grievance Office have deliberately violated T.D.C.J.-ID Policies, Rules and Texas Penal Code, with the intent to deprive me of my personal property purchased from the commissary.

On 4-23-18, 19 Bldg Gym, at approximately 12:35 P.M., several violations took place regarding the mention Policies and Texas Penal Code. I attempted to address these violations by way of the grievance procedures. Enclosed are 1 of the copies of the 2 grievances addressing separate issues and the I-60 that I sent to the Property Officer: Ms. Maze.

The 1st grievance regarding the Theft of my "Radio" was given to Ms. Allen (Grivance Office) on 4-25-18, at approximately 7:47 A.M. by me person The 2nd grievance was given to Ms. Allen on 5-3-18 at approximately 7:36 A.M. by me, You can confirm the handing of grievances by viewing the camera for date and time. Star

On 5-7-18 at mail call I received the 1st grievance back stamped May 03, 2018 stating reason for rejection is "Submission In → Next pa

EXHIBIT D

Excess of 1 every 7 Days", The fact that
this was the 1st grievance given to MS.
Allen on 4-25-18, at 7:47 A.M., the only con-
clusion that can be made is that the
grievance department held back on the
filing of the 1st and primary grievance to
assist Covering up the Theft of my personal
property and deny me access to the courts.
I must also bring to your attention that the
last 2 prior grievance filed dealing with
property have came up missing, which Officer
Wallace was the subject of 1 of the missing
grievance.
  Per. T.D.C.J-ID grievance procedure I'm re-submitting
grievance #2018127469, Screening #59912. Its
my hope that you will take the date and
times Stated and look into this matter
to ensure I'm given my due process.....
    I leave as I came!
                    Respectfully
                  Shawn Adams #799067
                  Mailed 5-8-18

EXHIBIT E

## REGISTRATION

Date: 7-30-98

Item: RADIO

Brand: CENTURION     Model: E11C COX

Description: CLEAR BACK CLOCK RADIO

Name: Adams Shawn     Number: 799067

Witness:

Incoming From: CONNALLY UNIT

CONNALLY UNIT
G/P PROPERTY

This copy must be kept in your possession at all times and must be presented to inspecting officer upon your departure from this unit. Item may not be sold transferred without permission of the Warden.

☆ I-31 (Rev. 04/95)



**Texas Department of Criminal Justice**

# STEP 2   OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _____

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID#: _____

Extension Date: _____

Offender Name: Shaun Adams   TDCJ# 799067

Unit: Polunsky   Housing Assignment: 19-Y-50

Unit where incident occurred: Polunsky

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

I'm appealing Grievance#2018130151 based on the fact that the Step 1 grievance and destroying of my personal purchased property is a direct violation and in conflict with A.D.03.72 offenders Property and my Due Process

If property was considered Contraband in accordance to Rule 16.0 "Possession of Contraband" A. and B. and A.D.03.72 Offender Property I would have had to receive a disciplinary case, radio would have been turned over to O.I.G. for their viewing and through the disciplinary procedures officer Wallace would have to prove how shes qualified to make such determination and I could prove that my radio was not altered nor dangerous as alledged.

The fact that I didn't receive a disciplinary case, had my radio for a period of 20 years not creating a problem or jeopardizing institutional safety or security, thers nothing that could justify Officer Wallace taking my radio not giving me confiscation papers or the property officer destroying my radio, depriving me of my radio without my right to Due Process through the grievance process and courts

JUL 03 2018   Appendix G

_____

_____

_____

_____

**Offender Signature:** _Shaun Adams_ _____    **Date:** 6-21-18

**Grievance Response:**




**Signature Authority:** _____    **Date:** _____

**Returned because:**    *Resubmit this form when corrections are made.*

☐ **1. Grievable time period has expired.**

☐ **2. Illegible/Incomprehensible.***

☐ **3. Originals not submitted. ***

☐ **4. Inappropriate/Excessive attachments.***

☐ **5. Malicious use of vulgar, indecent, or physically threatening language.***

☐ **6. Inappropriate.***


**CGO Staff Signature:** _____

### OFFICE USE ONLY

**Initial Submission**        **CGO Initials:** _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

**2ⁿᵈ Submission**        **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3ʳᵈ Submission**        **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd:_____

(check one) ____Screened    ____Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)                **Appendix G**

COPY

EXHIBIT G

Warden: Harris                     5:22 P.M
                                   8-14-18

I'm writing as a last attempt to resolve the
issue of Theft of Personal Property commited by
Officer: Wallace here on the Polunsky Unit and
exhaust my administrative remedies as required
by the Prison Litigation Reform Act, that would
allow me to file suite Under Title 42 USC section
1983 in Federal District Court and a Criminal
Complaint under Texas Penal Code 31.03 Theft
of Personal Property with the Polk County
District County Office,
 on 4-23-18, 19 Bldg Gym, at approximately 12:45
P.M. here on the Polunsky Unit, Officer: Wallace
confiscated my radio (headphones, coax cable
connected) without cause or providing Confis-
cation papers. I attempted to address the issue
by way of a Step 1 Grievance, which the grievance
was initially held for a period of 8 days before
being Sent back, after I filed a 2nd grievance
for a seperate issue, Reason: "Submission excess
1 every 7 Days". Once that it became clear that
the Grievance Department here on the Polunsky
Unit attempt to prevent the filing of the grievance
deny me access to the courts, Violate my Due
Process and relieve Officer: Wallace of her Obligation
to adhered to and follow established policies and
rules, I then filed a Formal Complaint to Warden:
Jefferson. She then ensured that both grievances
was filed and addressed.
 The 1st and primary grievance concerning the
Theft of Property States that my radio was
confiscated due to extra wiring, deemed as
altered and dangerous Contraband, therefore
was destroyed in accordance with policy. → Next page

EX #18

On 6-22-18, I placed my Step 2 Grievance in the box here on the Polunsky Unit as required, addressing the fact that property was not handled Per Policy A.D. 03.72 Offender Property, and my Due Process was violated as explained in: Evans V. Baker 442 Fed Appx 108 (5th cir 2011) cert 132 SCT 113 and Allen V. Thomas 388 F3d 147 (5th cir 2004) The 5th and 14th Amendment protects against confiscation of offender Property. As Warden: Jefferson states in my Step 1 Grievance, my property was taken and destroyed "Per Policy." [Enclosed is a copy of Step 1 & 2, Formal Complaint and I-60 to Grievance Department] As such my Due Process Rights were Violated and 42 USC 1983 allows Civil Action to be brought in Federal Court regardless of any State Remedy

Being that the time since I placed the Step 2 Grievance in the grievance box (6-22-18) have exceeded a period of 40 days without a response nor a notice of extention of time, please note that I am placing this Notice of Intent in the Mail Box Aug. 15, 2018 and I will allow 15 working days starting Aug. 17, 2018 to receive a response or the locating of the Step 2 Grievance before I proceed with a suite in Federal Court and a Criminal Complaint with the Polk County District Attorney Office.

I look forward to your timely response, , , ,
I leave as I came!

Respectfully
Shawn Adams
#799067

EXHIBIT G



## Texas Department of Criminal Justice

# STEP 1

## OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Shawn Adams    TDCJ # 799067

Unit: Polunsky    Housing Assignment: 19-Y-50

Unit where incident occurred: Polunsky

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Lt. Newberry    When? 4-23-18

What was their response? Encourage the taking of Property

What action was taken? None

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On 4-23-18, 19 Bldg Gym at approximately 12:45 in the course of shake down Officer: Wallace did Knowingly Violated P.D. #22 Employee's General Rules of Conduct and Administrative Directory, with a violation of the following Rule#7: Substandard Duty Performance Rule#11: Theft of Personal Property (Texas Penal code 31.03); Rule# 13 Failure to obey posted order from Authority; Rule# 20: Statutory court order Rules and Regulation and Policies; Rule# 23 Mistreatment of offender; and also A.D. 03.72 Offender Property. The function of the grievance is to resolve the problem of offenders and a tool for administration to determine whether or not their policies are carried out.

On date, location and time above in the process of shaking my property down Officer: Wallace did Knowingly and intentionally violated the above policies and procedures in order to deprive me of personal property purchased by taking my personal "radio" giving no reason for doing so or providing Prop-08 Form (Dispostion of Confiscation of Offender's Property) in accordance with A.D. 03.72 There is nothing indicated within A.D. 03.72 Offender Property that could justify officer: Wallace not providing me with confiscat-forms and a avenue to contest or dispose of personal purchase from the commissary. Being that I owned this radio for 20 year and been through at least 40 lockdowns and shake downs their couldn't be anything that would pose a danger to the agency

---

AUG 17 2018

Appendix F

staff or offenders

_____
_____
_____
_____
_____
_____
_____
_____

Action Requested to resolve your Complaint.

That radio be returned to me and that Officer Wallace be made aware of and ahered to policy in the future

Offender Signature: _Shaun Adams_                    Date: _4-24-18_

**Grievance Response:**




**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

<table>
<tr><td colspan="2"><strong>OFFICE USE ONLY</strong></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

I-127 Back (Revised 11-2010)

Appen~~



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: Shawn Adams ___ TDCJ # 799067

Unit: Polunsky ___ Housing Assignment: 19-Y-50

Unit where incident occurred: Polunsky

<table>
<tr><td colspan="2"><strong>OFFICE USE ONLY</strong></td></tr>
<tr><td>Grievance #:</td><td></td></tr>
<tr><td>UGI Recd Date:</td><td></td></tr>
<tr><td>HQ Recd Date:</td><td></td></tr>
<tr><td>Date Due:</td><td></td></tr>
<tr><td>Grievance Code:</td><td></td></tr>
<tr><td>Investigator ID#:</td><td></td></tr>
<tr><td>Extension Date:</td><td></td></tr>
</table>

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

I'm appealing Grievance #2018/3015 based on the fact that the Step 1 grievance and destroying of my personal purchased property is a direct violation and in conflict with A.D. 03.72 Offender Property and my Due Process.

If property was considered Contraband in accordance to Rule 16.0 "Possession of Contraband" A. and B. and A.D. 03.72 Offender Property I would have had to receive a disciplinary case, radio would have had been turned over to O.I.G. for their viewing and through the disciplinary procedures Officer Wallace would have to prove how she's qualified to make such a determination and I could prove that my radio was not altered nor dangerous as alleged.

The fact that I didn't receive a disciplinary case, had my radio for a period of 20 years not creating a problem or jeopardizing institutional safety or security, there's nothing that could justify Officer Wallace taking my radio, not giving me confiscation papers or the property Officer destroying my radio, depriving me of my radio without my right to Due Process through the grievance process and courts.

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

AUG 17 2018

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ❑ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ❑ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ❑ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ❑ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ❑ Visiting List (Asst. Director of classification, Administration Building)

6. ❑ Parole requirements and related information (Unit Parole Counselor)

7. ❑ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ❑ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: Grievance Department                           DATE: 8-9-18
　　　(Name and title of official)

ADDRESS: _____

AUG 17 2018

EXHIBIT H

EXHIBIT I

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Inter-Office Communication
### Administrative Review and Risk Management
#### Offender Grievance



TO: Adams, Shawn                     19Y50

TDCJ #: 799067

UNIT:         TL                              4

FROM: Central Grievance Office        SUBJECT: Correspondence

Your documents received in this office have been reviewed and a response is indicated below.  Contact the warden, major, chief of classification or a security officer for issues you deem as an emergency; however, are not considered an emergency, through the Offender Grievance Procedure. **If you need additional information or assistance, you may contact the Unit Grievance Investigator at your unit.**

- ☐ **Your correspondence was received at the Central Grievance Office and has been forwarded to Unit Administration for further review.**

- ☐ Your correspondence was forwarded to this office by the **Ombudsman's Office**. That office does not respond to offender complaints or requests.

- ☐ Please utilize the Offender Grievance Proc____ ___ to address your concerns.

- ☐ A copy of the Instructions on How to _____ ____mit Grievances is enclosed for your information.

- ☐ Your Step 1 grievance(s) was prop__

- ☐ Direct this issue to the Classification ___ ___. ___ ___ ___ffice.

- ☐ Direct this issue to the Parole Board.

- ☐ It is not permissible to mail your grievances directly to the Central Grievance Office. Submitting your grievances incorrectly may result in your grievable time to expire.

- ☐ This issue is currently being addressed by unit officials. Grievance # _____ is under review at Step _____.

- ☐ These issues have been reviewed at both steps of the grievance procedure. No other administrative remedies are available to you regarding the issue. Further action by this office is not warranted.

- ☐ Records indicate that Grievance # _____ was returned to you on _____.

- ☒ Attachments returned.

X This issue was addressed in grv # 2018130151. Step 1 was returned to you on 6-18-18. No Step 2 filed.

Se

EXHiBiT I

Resolution Support Manager                    8-14-18
Offender Grievance Program
P.O. Box 99
Huntsville, Tx 77342


Dear Sir/Madam

   I'm writing as a last attempt to resolve the issue
of Theft of Personal Property commited by Officer:
Wallace here on the Polunsky Unit and exhaust my
administrative remedies as required by the
Prison Litigation Reform Act, that would allow
me to file Suite Under Title 42 USC Section 1983
in Federal District Court and a Criminal Complaint
Under Texas Penal Code 31.03 Theft of Personal
Property With the Polk County District County
office.
   on 4-23-18, 19 Bldg Gym, at approximately 12:45 P.M.
here on the Polunsky Unit, Officer: Wallace confiscated
my radio (headphones, coax cable connected) With out
cause or providing Confiscation papers. I attempted
to address the issue by way of a Step 1 Grievance,
Which the grievance was initially held for a period
of 8 days before being sent back, after I filed a
2nd grievance for a seperate issue. Reason "Submission
excess 1 every 7 Days". Once that it became clear
that the Grievance Department here on the Polunsky
unt attempted to prevent the filing of the grievance,
deny me a access to the courts, Violate my Due
Process and relieve Officer: Wallace of her obligation
to adhered to and follow established policies and
rules, I filed a Formal Complaint to Warden: Jefferson.
She then ensured that both grievances was filed
and addressed.      → Next page

EXIB 30

The 1st and primary grievance concerning the Theft of Property states that my radio was confiscated due to extra wiring, deemed as altered and dangerous contraband, therefore was destroyed in accordance with policy.

On 6-22-18, I placed my Step 2 Grievance in the box here on the Polunsky Unit as required, addressing the fact that property was not handled Per Policy A.D. 03.72 offender Property and my Due Process was violated as explained in: Evans V Baker 442 Fed Appx 108 (5th Cir 2011) cert 132 SCT 113 and Allen V Thomas 388 F3d 147 (5th Cir 2004) The 5th and 14th Amendment protects against confiscation of Property. As Warden: Jefferson states in my Step 1 Grievance my Property was taken and destroyed "Per Policy." [Enclosed is a copy of Step 1:2, Formal Complaint and I-60 to Grievance Department] As such my Due Process Rights were violated and 42 USC 1983 allow Civil Action to be brought in Federal Court regardless of any State Remedy.

Being that the time since I placed the Step 2 Grievance in the grievance box (6-22-18) have exceeded a period of 40 days without a response nor a notice of extention of time, Please note that that I am placing this Notice of Intent in the Mail Box Aug 15, 2018 and I will allow 15 working days starting Aug 17, 2018 to receive response or the locating of the Step 2 Grievance before I proceed with a suite in Federal Court and a Criminal Complaint with the Polk County District Attorney office.

    I look forward to your timely response, , , ,
I leave as I came!

                    Respectfully
                    Shawn Adams #799906

PLRA

Mr. Shawn Adams
Polunsky unit/#799067
872 F.M. 350
Livingston TX 77351

Legal
Mail

5

